IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| THOMAS D. SAILORS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:19CV1 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| U.S. MARSHALS SERVICES and | ) | **AND ORDER** |
| WILL IVERSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Nebraska General Rule 1.4(a)(4)(B) provides that "[i]f the court . . . learns after filing that cases are or may be related, the chief judge must be informed as soon as possible." Civil cases are "related" under this rule "when they involve some or all of the same issues of fact, arise out of the same transaction . . . ." NEGenR 1.4(a)(4)(C).

It appears that the above-captioned case is "related" to *Sailors v. Keyes*, Case No. 8:18CV189 (D. Neb.), because both cases are based on the same facts and same transaction.[1] In *Sailors v. Keyes*, Case No. 8:18CV189, which is assigned to Judge Bataillon, the court has appointed attorney Vince Powers to represent Plaintiff.

Accordingly, and pursuant to NEGenR 1.4(a)(4),

IT IS ORDERED:

---

[1]Indeed, it appears that Plaintiff—without the advice of appointed counsel—has filed Case No. 8:19CV1 in an attempt to add two defendants to Case No. 8:18CV189. The court notes that defendant U.S. Marshals Service has already been dismissed without prejudice on the court's initial review of Case No. 8:18CV189. (Case No. 8:18CV189, Filing No. 8 at CM/ECF p. 9.)

1. Chief Judge Gerrard is hereby notified that the above-captioned case appears to be related to *Sailors v. Keyes*, Case No. 8:18CV189 (D. Neb.), within the meaning of NEGenR 1.4(a)(4)(C); that such case is assigned to Judge Bataillon; and that the court has appointed attorney Vince Powers to represent Plaintiff in Case No. 8:18CV189.

2. The Clerk of Court shall transmit a copy of this Memorandum and Order to Chief Judge Gerrard.

3. For informational purposes, the Clerk of Court shall mail a copy of this Memorandum and Order, as well as a copy of Plaintiff's Complaint in this case (Filing No. 1), to Mr. Vince Powers at Powers Law Firm, 411 South 13th Street, Suite 300, Lincoln, NE 68518.

DATED this 13th day of February, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge