# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS D. SAILORS,<br><br>      Plaintiff,<br><br>vs.<br><br>DANIEL KEYES, SPECIAL ADMINISTRATOR OF THE ESTATE OF PAUL KEYES, US Marshal #3483, MAXWELL HUBKA, City of Lincoln Police Ofc. #1655, and COLE JENNINGS, City of Lincoln Police Ofc. #1650, in their Individual Capacities,<br><br>      Defendants. | **8:18CV189**<br><br>**ORDER** |
| THOMAS D. SAILORS,<br><br>      Plaintiff,<br><br>vs.<br><br>U.S. MARSHALS SERVICES, and WILL IVERSON,<br><br>      Defendants. | **8:19CV01**<br><br>**ORDER** |

This matter comes before the Court on its own motion. It appears to the Court that the above captioned cases are related. The Court has reviewed the filings in both cases and it appears the cases may be consolidated pursuant to Fed. R. Civ. P. 42(a), as both cases arise out of the same set of facts and are based on similar, if not identical, allegations. See *EEOC v. HBE Corp.*, 135 F.3d 543, 551 (8th Cir. 1998). Accordingly,

**IT IS ORDERED** that the parties shall have until **June 21, 2019**, to show cause why *Sailors v. Keyes et al*, 8:18CV189 (D. Neb. 2018) and *Sailors v. U.S. Marshals Services et al*, 8:19CV01 (D. Neb. 2019) should not be consolidated for all purposes.

Dated this 5th day of June, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge