IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS D. SAILORS, | **8:19CV001** |
| Plaintiff, | |
| vs. | **ORDER** |
| US MARSHALS SERVICE DEPT. | |
| Defendant. | |

This matter is before the Court on plaintiff's motion to dismiss, Filing No. 13, this case without prejudice. The Court has reviewed the matter and will grant the motion.

THEREFORE, IT IS ORDERED THAT plaintiff's motion to dismiss without prejudice, Filing No. 13, is granted.

Dated this 11th day of July, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge